NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAMADA WORLDWIDE INC., | : | |
| | : | Civil Action No. 12-4348 (FSH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| SHAMSHER SINGH, ET AL., | : | |
| | : | July 18, 2013 |
| Defendant. | : | |
| | : | |

**HOCHBERG, District Judge**:

This matter coming before this Court upon Magistrate Judge Hammer's July 2, 2013 Report and Recommendation recommending that "plaintiff's motion to strike defendant's answer be granted and that the Court enter default against Singh;" and

it appearing that neither party has filed an objection to the Report and Recommendation and that fourteen days have passed, *see* L. Civ. R. 72.1(c)(2); and

this Court having reviewed *de novo* the Report and Recommendation, and good cause appearing;

**IT IS** on this 18th day of July, 2013

**ORDERED** that Magistrate Judge Hammer's July 2, 2013 Report and Recommendation is adopted as the Opinion of this Court; and it is

**ORDERED** that the answer of Defendant Shamsher Singh is **STRICKEN**; and it is

**ORDERED** that default is entered as to Defendant Shamsher Singh.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.