NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RAMADA WORLDWIDE INC., | |
| Plaintiff, | Civil No. 12-4348 (FSH) |
| v. | **ORDER** |
| SHAMSHER SINGH, et al., | Date: September 27, 2013 |
| Defendants. | |

**HOCHBERG, District Judge:**

This matter comes before the Court upon Plaintiff's motion for default judgment against Defendants Shamsher Singh and Isher Pandher ("Defendants") pursuant to Fed. R. Civ. P. 55(b)(2) [Dkt. No. 27]; and

it appearing that Plaintiff having filed the instant action against, *inter alia*, Singh and Pandher on July 13, 2012, alleging that Defendants' company, EKM Hotel Investment, LLC ("EKM"), breached the Licensing Agreement between EKM and Plaintiff, and alleging that the Defendants breached a personal guaranty related to the agreement between EKM and Plaintiff; and Singh having been served on August 4, 2012; and the Court having struck the Answer of Singh by Order dated July 18, 2013 [Dkt. No. 26]; and Pandher having been served on August 24, 2012 and having failed to answer or appear in this action in any manner; and entry of default having been entered against Pandher on October 2, 2012 and Singh on July 18, 2013; and Plaintiff having provided Defendants with written notice of their motion for default judgment; and Defendants

having failed to respond to the instant Motion and the time for such response having lapsed; and Plaintiff seeking damages in the form of Recurring Fees, prejudgment interest, and attorney's fees and costs as a result of the breach of the Licensing Agreement between EKM and Plaintiff and as a result of the breach of the guaranty between Plaintiff and the Defendants; and Plaintiff's submissions having been considered pursuant to Fed. R. Civ. P. 78; and

**ACCORDINGLY IT IS** on this 27th day of September, 2013

**ORDERED** that Plaintiff has judgment against Defendants Singh and Pandher in the total amount of $190,724.64 comprised of the following:

(a)   $183,370.88 for Recurring Fees (principal plus interest calculated through September 5, 2013);

(b)   $7,353.76 for attorneys' fees and costs (through September 5, 2013).


/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**